**No. 63698.**—Taylor Friedsam Co., Inc. v. United States, protest 59/11163 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

**No. 63699.**—Hat Corp. of America v. United States, protest 59/19871 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.

**No. 63700.**—Inter-Maritime Forwarding Co., Inc. v. United States, protest 59/17211 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.